UNITED STATES DISTRICT COURT                    EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TROYCE A. LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-6 |
| | § | |
| WARDEN LARA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Troyce A. Lewis, proceeding *pro se*, filed this civil rights lawsuit.  The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED.  A final judgment will be entered dismissing this lawsuit.  The dismissal is based on plaintiff's failure to provide the court with a current address.  If plaintiff wishes to have this case reinstated, he may do so by providing the court with a correct address within 60 days of the date set forth below.

**Signed  this date**

**Oct 27, 2020**

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE